O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BRADFORD THOMAS S.[1],

                Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. CV 18-03390 CAS (AFM)

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

      This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. The Court accepts the findings and recommendations of the Magistrate Judge.

      IT IS HEREBY ORDERED that Judgment shall be entered affirming the decision of the Commissioner.

DATED:    July 18, 2019          _Christine A. Snyde_

                             CHRISTINA A. SNYDER
                             SENIOR U.S. DISTRICT JUDGE

---

[1] Plaintiff's name has been partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.